**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 45 EAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOHN LYNCH, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 46 EAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOHN LYNCH, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 6th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.